IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW and SHARON MEYER, | No. 4:22-CV-01593 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| U.S. PIPELINE, INC., TRANSCONTINENTAL GAS PIPELINE COMPANY, LLC, and THE WILLIAMS COMPANIES, INC., | |
| Defendants. | |

## ORDER

### MARCH 15, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants Transcontinental Gas Pipeline Company, LLC and the Williams Companies, Inc.'s Motion to Dismiss Complaint (Doc. 5) is **GRANTED**. Counts II and III of Plaintiffs Matthew and Sharon Meyer's Complaint (Doc. 1-2) are **DISMISSED WITHOUT PREJUDICE**. If the Plaintiffs elect to plead over, they must file the amended complaint on or before March 29, 2023.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge